No. 563. Universal Cigar Corp. v. National Labor Relations Board. C. A. 5th Cir. Certiorari denied.

No. 564. Greater Lafourche Port Commission v. Tenneco, Inc. C. A. 5th Cir. Certiorari denied.

No. 566. Morison v. General Motors Corp. C. A. 5th Cir. Certiorari denied.

No. 568. Hoffman v. Illinois. Sup. Ct. Ill. Certiorari denied.

No. 571. Jacksonville Terminal Co. v. Hodge, Administratrix. Sup. Ct. Fla. Certiorari denied.

No. 572. Cousins v. United States. C. A. 9th Cir. Certiorari denied.

No. 575. Hayney et al. v. New Jersey. Super. Ct. N. J. Certiorari denied.

No. 580. Makekau et al. v. United States. C. A. 9th Cir. Certiorari denied.

No. 581. Panagiotopoulos v. United States. C. A. 7th Cir. Certiorari denied.

No. 585. Cooper Agency v. United States. C. A. 4th Cir. Certiorari denied.

No. 5154. Bellomy et al. v. Union Concrete Pipe Co. C. A. 4th Cir. Certiorari denied.